**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 8 EAL 2023

Respondent    :

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.    :

TYREE PEEL,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.